IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 1:09-cr-72 (LMB) |
| ) | 1:15-cv-69 (LMB) |
| SKYLAR MARTI SCHNIPPEL, ) | |
| ) | |
| Movant.  ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Schnippel's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Dkt. No. 200] be and is DISMISSED WITH PREJUDICE.

To appeal this decision, Schnippel must file a written Notice of Appeal with the Clerk of this court within 60 days of receipt of this Order. He must also request and obtain a certificate of appealability from a circuit justice or judge. See 28 U.S.C. § 2253(c)(1)(B); Fed. R. App. P. 22(b). This Court expressly declines to issue such a certificate for the same reasons stated in the Memorandum Opinion.

The Clerk is directed to enter judgment in favor of the United States of America pursuant to Fed. R. Civ. P. 58 and to forward a copy of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered this 14 day of July, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge